# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGIE MARIE MCJUNKIN,

    Plaintiff,

v.

WAL-MART STORES, INC,

    Defendant.

Case No. 2:15-cv-1966-LDG (PAL)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant Wal-Mart Stores, Inc.'s Motion in Limine No. 1 to Strike Plaintiff's Expert; or, in the Alternative, to Preclude Unfounded Opinions offered by Plaintiffs [sic] Expert (ECF No. 34) is DENIED;

    THE COURT FURTHER **ORDERS** that Defendant Wal-Mart Stores, Inc.'s Motion in Limine No. 2 to Preclude Non-retained Experts or Experts Who Have Not Prepared a Report, from Testifying about Causation, or Any Opinions Outside of Those Set Forth in Their Treatment Records (ECF No. 35) is DENIED;

    THE COURT FURTHER **ORDERS** that Defendant Wal-Mart Stores, Inc.'s Motion in Limine No. 3 to Exclude the Contents of Plaintiff's Medical Records other than Statements

Made by Plaintiff for Purposes of Diagnosis or Treatment, as Inadmissible Hearsay (ECF No. 36) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant Wal-Mart Stores, Inc.'s Motions in Limine Nos. 4, 5, 6, and 7 (ECF Nos. 37-40), as to which Plaintiff Angie McJunkin has filed non-responses (ECF No. 47), are GRANTED.

DATED this ____ day of April, 2017.

_____
Lloyd D. George
United States District Judge